## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

January 9, 2006

TO ALL COUNSEL

Re:   CR 05-00124HG 01

United States of America vs.  CARLOS ANTONIO HARRIS

Order/Judgment in a Criminal Case

Dear Counsel,

Please be advised that pursuant to Rule 49, FRCP, notice is hereby given that the above mentioned order/judgment in the above mentioned case is hereby entered.

Sincerely yours,

SUE BEITIA, CLERK

by:
　/s/ Deputy Clerk

cc:   all counsel of record