Carlos Harris
95321-022 MA
Federal Correctional Institution
P.O. Box 4000
Manchester, KY 40962-4000



Honorable Helen Gilmor
~~Chief~~ U.S. District Judge

300 Ala Moana Blvd.
Honolulu, HI 96850



RECEIVED
CLERK U.S. DISTRICT COURT
MAY 19 2008
DISTRICT OF HAWAII