# MINUTES

CASE NUMBER:    CR NO. 05-00124HG

CASE NAME:    United States of America Vs. Carlos Harris

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Helen Gillmor            REPORTER:

DATE:    08/11/2008               TIME:

COURT ACTION:    "MINUTE ORDER"

    Status Conference set for September 12, 2008 @2:30 p.m. Both Parties shall present their position with respect to the Crack Cocaine Retroactivity Issue under 18 U.S.C. §3582(c)(2) at the Status Conference.

Submitted by Leslie L. Sai, Courtroom Manager