# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 05-00124HG |
| CASE NAME: | UNITED STATES OF AMERICA v. CARLOS ANTONIO HARRIS, aka "Carlos Anthony Harris," aka "Mugsy" |
| ATTY FOR PLA: | Beverly Wee Sameshima, AUSA |
| ATTY FOR DEFT: | Gurmail G. Singh, Esq. (phone) |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | September 18, 2008 | TIME: | 11:15 - 11:20 |

COURT ACTION:    STATUS CONFERENCE -

Discussion held.

Status Conference held as to Defendant Carlos Antonio Harris.  Defendant's presence is waived.

Counsel to submit a stipulation and order reducing sentence pursuant to the new sentencing guideline amendment.

    Submitted by:  Mary Rose Feria, Courtroom Manager